IN THE MATTER OF THE ALLEGATIONS OF VIOLATIONS OF LAW AND RULE BY INTER COUNTY REFUSE SERVICE, INC., AND LOUIS SPIEGEL, INDIVIDUALLY.

June 21, 1988.

Petition for certification granted.   (See 222 *N.J.Super.* 258)

TOWNSHIP OF BERKELEY HEIGHTS v. K & A EXXON CORP.

June 21, 1988.

Petition for certification denied.

BLAINE S. GREENFIELD v. RUTGERS, THE STATE UNIVERSITY.

June 21, 1988.

Petition for certification denied.

ANGELO M. MARRA v. DOMENICO SCALIA.

June 21, 1988.

Petition for certification denied.